Amy R. Schofield (S.B.N. 244543)
amy.schofield@kirkland.com
Christian Chadd Taylor (S.B.N. 237872)
christian.taylor@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-1501
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Gianni Cutri (to be admitted pro hac vice)
gianni.cutri@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Attorneys for Petitioner INTEL CORPORATION

FILED
10 FEB 2 PM 4:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                         DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

By Fax

'10 CV - 264   JLS CAB

| | |
|---|---|
| INTEL CORPORATION,<br><br>Petitioner<br><br>v.<br><br>PROCOPIO, CORY, HARGREAVES & SAVITCH LLP,<br><br>Respondent | CASE NO.<br><br>[WI-LAN INC. V. ACER, INC. ET AL., CIVIL ACTION NO. 2:07-CV-473 (U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION)]<br><br>PETITION TO COMPEL COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS TO THIRD PARTY PROCOPIO, CORY, HARGREAVES & SAVITCH LLP IN CONSOLIDATED CASES PENDING IN FOREIGN JURISDICTION (DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION) |

INTEL CORPORATION'S PETITION TO COMPEL COMPLIANCE

ORIGINAL

## PETITION TO COMPEL COMPLIANCE

Defendant and petitioner INTEL CORPORATION ("INTEL"), by and through its attorneys of record, Kirkland & Ellis LLP, hereby brings this petition for compliance with the subpoena issued by the United States District Court for the Southern District of California in consolidated patent infringements cases pending in the United States District Court for the Eastern District of Texas, Marshall Division to compel third party PROCOPIO, CORY, HARGREAVES & SAVITCH LLP ("PROCOPIO") to produce documents pursuant to Rule 45 of the Federal Rules of Civil Procedure.

## PARTIES

1. Defendant INTEL is a Delaware corporation with its principal place of business at 2200 Mission College Boulevard, Santa Clara, California 95054-1549.

2. Plaintiff Wi-LAN Inc. is a corporation existing under the laws of Canada with its principal place of business at 11 Holland Ave., Suite 608, Ottawa, Ontario, Canada.

3. Third Party Procopio, Cory, Hargreaves & Savitch LLP is a law firm with its principal place of business at 530 B Street, 21st Floor, San Diego, CA 92101, within the jurisdiction of this Court.

4. Additional defendants in the consolidated actions include Acer America Corporation, Apple Inc., Dell Inc., Gateway, Inc., Hewlett-Packard Company, Lenovo Group Limited, Sony Electronics Inc., Toshiba America Information Systems, Inc., Broadcom Corporation, Atheros Communications Inc. and Marvell Semiconductor, Inc.

## JURISDICTION

5. Consolidated cases involving patent infringement claims and counterclaims based upon and arising under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.* are pending in the United States District Court for the Eastern District of Texas, Marshall Division titled *Wi-LAN, Inc. vs. Acer, Inc., et al.*, Civil Action No. 2:07-CV-473 (the "Main Case"). Therefore, this Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331.

## VENUE

6. Venue is proper in this district because third party PROCOPIO resides within this judicial district and the events or omissions which are the basis of the dispute underlying this

Petition occurred within this judicial district under 28 U.S.C. § 1391(a)(1), (2).

## FACTUAL ALLEGATIONS

7. On or about July 20, 2009, the United States District Court of the Southern District of California issued a subpoena for production of documents to third party PROCOPIO pursuant to Rule 45 of the Federal Rules of Civil Procedure for use by INTEL in the Main Case (the "SUBPOENA").

8. Since September 2009, INTEL has made numerous attempts to reach an agreement with PROCOPIO regarding its production of documents and information responsive to the SUBPOENA.

9. To date, PROCOPIO has failed to produce any responsive information and documents despite numerous representations that it would do so.

10. Having exhausted all informal efforts to meet and confer in good faith to obtain the information requested in the SUBPOENA, INTEL is left with no choice by to seek this Court's assistance in compelling PROCOPIO's immediate compliance with the SUBPOENA.

## PRAYER FOR RELIEF

Based on the above, INTEL prays for judgment as follows:

1. To compel PROCOPIO to produce documents in compliance with the SUBPOENA pursuant to Rule 45 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1;

2. For such other relief as the Court deems just and proper.

DATED: February 2, 2010

Respectfully submitted,

KIRKLAND & ELLIS LLP
AMY R. SCHOFIELD
CHRISTIAN CHADD TAYLOR
GIANNI CUTRI

By: _____
Amy R. Schofield
Attorneys for Petitioner
INTEL CORPORATION

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
INTEL CORPORATION

**DEFENDANTS**
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

(b) County of Residence of First Listed Plaintiff: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Amy R. Schofield, Kirkland & Ellis, LLP 555 California Street, 27th Floor, San Francisco, CA 94104 (415) 439-1400

Sam Baxter, McKool Smith, 104 E. Houston Street, Suite 300, Marshall, TX 75670 (903) 923-9000

'10 CV 264 JLS BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health ☐ 690 Other | ☐ 840 Trademark | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | **IMMIGRATION** ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 USC 101 et seq, 28:1331
Brief description of cause:
Petition to compel compliance with subpoena for production of documents to third-party

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: 02/02/2010
SIGNATURE OF ATTORNEY OF RECORD: Amy Schofield /s/ Amy R. Schofield

**FOR OFFICE USE ONLY**
RECEIPT # 9195   AMOUNT $350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

AB 02-02-10



JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:        U.S. Civil Statute: 47 USC 553
                                                                                Brief Description: <u>Unauthorized reception of cable service</u>

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS009795
Cashier ID: mbain
Transaction Date: 02/02/2010
Payer Name: NATIONWIDE LEGAL
----------------------------------
CIVIL FILING FEE
 For: INTEL V PROCOPIO
 Case/Party: D-CAS-3-10-CV-000264-001
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: 118235
 Amt Tendered: $350.00
----------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00



There will be a fee of $45.00
charged for any returned check.
```